IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>James Primo, Individually and d/b/a Orchids Authentic Thai Cuisine; Samir Habash, Individually and as Trustee of Habash Revocable Trust of 1/27/94; Estear Habash, Individually and as Trust of Habash Revocable Trustee of 1/27/94; Saleem S. Habash; Daisy S. Habash,<br><br>        Defendants. | 2:10-cv-01826-GEB-GGH<br><br>ORDER |

        Since Defendants are proceeding in *pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21), and any matter scheduled before Judge Garland E. Burrell, Jr. is vacated.

Dated: November 17, 2010

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge